# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER ARD

NO. 2020 KW 0004

**MAY 1 2 2020**

---

In Re:    Christopher Ard, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1702167.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

PMC
JEW

**Holdridge, J.,** dissents and would grant the writ application. An alleged statement heard by L.B. years prior to the alleged rapes is too far removed to be considered a part of the instant offenses. Cf. **State v. Brewington,** 601 So.2d 656, 657 (La. 1992) (per curiam) ("[t]his court has approved the admission of other crimes evidence when it is related and intertwined with the charged offense to such an extent that the state could not have accurately presented its case without reference to it. In such cases, the purpose served by admission of other crimes evidence is not to depict the defendant as a bad man, but rather to complete the story of the crime on trial by proving its immediate context of happenings *near in time and place* (emphasis added))." Further, any very limited relevance of allowing the statement into evidence would be far outweighed by the prejudicial effect. See La. Code Evid. art. 403.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT